UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELY STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.  2:24-cv-01991-CDS-EJY<br><br>**ORDER** |

Plaintiff commenced this action with a Civil Rights Complaint (ECF No. 1-1), but did not pay the $405 filing fee or submit an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action. In order to proceed without prepaying the filing fee, Plaintiff may apply for *in forma pauperis* status under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. To do so, Plaintiff must submit **three** required documents to the Court. These include (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **December 2, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

1    IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **December 2, 2024**, will result in a recommendation to dismiss this action **without prejudice**.

Dated this 1st day of November, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE